**Order entered April 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00073-CV

### IN THE ESTATE OF IRA E. TOBOLOWSKY, DECEASED

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17620**

## ORDER

This is an appeal from the trial court's December 30, 2018 order concerning appellee's Rule 202 petition. The order is challenged by the City of Dallas, Dallas County, and the Dallas County Medical Examiner. Appellee has filed a conditional cross-appeal. Before the Court is the City's April 4, 2019 unopposed motion for extension of time to file its opening brief. The City seeks an extension because a hearing on a motion for reconsideration of the December 30th order is set in the trial court for April 10, 2019, and the trial court's ruling "could allow the parties to resolve the remaining issues in this appeal."

We note that we questioned our jurisdiction over the County and the Medical Examiner's appeal, and a determination as to whether we have jurisdiction over that portion of the appeal remains pending. In light of this and the upcoming trial court hearing, we **SUSPEND** the briefing deadlines. We **ORDER** the City to file a status report following the trial court hearing and no later than April 18, 2019. The Court will set new briefing deadlines as necessary once the

status report is filed and a determination is made as to our jurisdiction over the County and Medical Examiner's appeal.

/s/     BILL WHITEHILL
        JUSTICE